UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
MARCO TORREBLANCA, *individually*     CASE NO.: 2:22-cv-05055-GRB-JMW
*and on behalf of others similarly-situated,*

           Plaintiff,     **[PROPOSED] JUDGMENT**

v.

AW WOODWORKING LLC,
*a New York limited liability company,*
and ADAM SMOLIMSKI, *an individual,*

           Defendants.
---------------------------------------------------------X

WHEREAS, on or about May 22, 2023, Defendant, AW WOODWORKING LLC, extended to Plaintiff, MARCO TORREBLANCA, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Thirty Thousand Dollars ($30,000.00);

WHEREAS, on May 22, 2023, Plaintiff, MARCO TORREBLANCA, accepted that offer, and filed the offer, and his acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, MARCO TORREBLANCA, have judgment against Defendant, AW WOODWORKING LLC, jointly and severally, in the amount of Thirty Thousand Dollars ($30,000.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: May ___, 2023.

                                                       _____
                                                       HON. GARY R. BROWN
                                                       U.S. DISTRICT COURT JUDGE