**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARCO TORREBLANCA, individually and on
behalf of others similarly situated,

               Plaintiff,

   - against -                                    **JUDGMENT**
                                                             CV 22-5055 (GRB) (JMW)
AW WOODWORKING LLC, *a New York limited
liability company*, and ADAM SMOLIMSKI, *an
individual*,

               Defendants.
-----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on May 23, 2023, accepting Defendants May 23, 2023 offer to allow entry of judgment against them, jointly and severally, in the amount of $30,000.00, inclusive of all legal fees, interest, and costs, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Marco Torreblanca and against Defendants AW Woodworking, LLC, and Adam Smolimski, jointly and severally, in the amount of $30,000.00, inclusive of all legal fees, interest, and costs; and that this case is closed.

Dated: May 30, 2023
        Central Islip, New York

                                                                BRENNA B. MAHONEY
                                                                CLERK OF COURT

                                               By:    /s/ James J. Toritto
                                                           Deputy Clerk